UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

---

| | |
|---|---|
| ROBERT PATRICK LEWIS, <br> PHILIP A. LUELSDORFF, <br> 1AP, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SETH ABRAMSON <br><br> Defendant. | Case No. 1:22-cv-00126-AJ |

---

# DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

Plaintiff, 1AP, Inc. ("1AP"), by counsel, pursuant to Local Rule 7.1.1, hereby makes the following disclosures:

1. 1AP, a nongovernmental corporation, does <u>not</u> have any parent corporation or any publicly held corporation that owns 10% or more of its stock.

2. 1AP, a nongovernmental corporation, does <u>not</u> have any parent corporation or any publicly held corporation that owns 10% or more of any corporate partner's stock.

3. 1AP, a nongovernmental corporation, does <u>not</u> have any merger agreement with any publicly held corporation.

DATED:   June 13, 2022

1

ROBERT PATRICK LEWIS,
PHILIP A. LUELSDORFF,
and 1AP, INC.,

By Their Attorneys,

   /s/ Bryan K. Gould
Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Morgan G. Tanafon, Esq. (NH Bar #273632)
tanafonm@cwbpa.com
CLEVELAND, WATERS AND BASS, P.A.
Two Capital Plaza, P.O. Box 1137
Concord, NH 03302-1137
Telephone: (603) 224-7761
Facsimile: (603) 224-6457

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, VA 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Motion for Admission Pro Hac Vice to be Filed*)

## CERTIFICATE OF SERVICE

     I hereby certify that on June 13, 2022 a copy of the foregoing was filed electronically using the court's CM/ECF system, which will send notice of electronic filing to counsel for the defendants and all interested parties receiving notices via CM/ECF

   /s/ Bryan K. Gould
Bryan K. Gould, Esq.