UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**ROBERT PATRICK LEWIS,**
**PHILIP A. LUELSDORFF,**
**and 1AP, INC.**

      **Plaintiffs.**

v.

**SETH ABRAMSON.**

      **Defendant.**

CASE NO.: 1:22-CV-00126-PB

## AFFIDAVIT IN COMPLIANCE WITH LR 83.2(b) OF ATTORNEY TYLER MILLS IN SUPPORT OF DEFENDANT SETH ABRAMSON'S MOTION FOR COUNSEL TO APPEAR PRO HAC VICE

I, Tyler Mills, hereby depose and swear as follows:

1. I have been a member of the bar of Massachusetts since November 16, 2023. I am also admitted to the United States District Court for the District of Massachusetts since April 16, 2024.

2. I am an attorney in good standing and eligible to practice in all courts where I am admitted.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction nor have there ever been.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I am an attorney at the law firm of Melick & Porter, LLP, located at One Liberty Square Boston Massachusetts. My email address is tmills@melicklaw.com. My telephone number is (617) 502-9698.

6. I have not been held in contempt of court or sanctioned by any court in any written order.

7. I have no prior felony or misdemeanor criminal convictions.

8. I have not been denied pro hac vice admission in any jurisdiction.

9. I am familiar with the Local Rules of the United States District of New Hampshire.

10. I submit this Affidavit in support of the Motion of Defendant Seth Abramson to Admit Tyler Mills *Pro Hac Vice.*

11. At all times in this matter, I will be working with my colleague, Attorney Christian Hinrichsen, New Hampshire Bar Number 264910. Attorney Hinrichsen is also an attorney with Melick & Porter, LLP., One liberty Square, Boston Massachusetts 02109, telephone number (617) 523-6200.

Signed under Oath this 16th day of May, 2024.

*Tyler M. Mills*
Tyler M. Mills, Esq.

CERTIFICATE OF SERVICE

I, Christian H. Hinrichsen, hereby certify that on this 16th day of May, 2024, a true copy of the foregoing was filed through the Court's ECF system and served on all counsel of record electronically to the registered participants identified on the Notice of Electronic Filing, and that a paper copy will be served by first-class mail, postage prepaid, upon anyone indicated as a nonregistered participant.

*Christian H. Hinrichsen*
Christian H. Hinrichsen