USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Robert Patrick Lewis, Philip A. Luelsdorff, 1AP, Inc. ) <br> *Plaintiff* ) <br> v. ) <br> Seth Abramson ) <br> *Defendant* ) | Case No.  1:22-cv-00126-PB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Seth Abramson                                                                                                      .

Date:   08/29/2024

/s/ Edward J. Sackman
*Attorney's signature*

Edward J. Sackman Bar No. 19586
*Printed name and bar number*

670 N. Commercial Street, Suite 108
PO Box 1120
Manchester, NH 03105-1120
*Address*

nsackman@bernsteinshur.com
*E-mail address*

(603) 623-8700
*Telephone number*

(603) 623-7775
*FAX number*