UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT PATRICK LEWIS, PHILIP A. LUELSDORFF, and 1AP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SETH ABRAMSON, <br><br> Defendant | Civil Action No. 1:22-cv-00126-PB |

## NOTICE OF WITHDRAWAL

On behalf of the Defendant, Seth Abramson, kindly withdraw the appearance of William E. Christie in the above-captioned matter.

Respectfully submitted,
SETH ABRAMSON,

By his Attorneys,
SHAHEEN & GORDON, P.A.

Date: September 9, 2024        /s/ *William E. Christie*
William E. Christie (NH Bar # 11255)
James. J. Armillay (NH Bar #271651)
107 Storrs Street
P. O. Box 2703
Concord, NH 03302
(603) 225-7262
wchristie@shaheengordon.com
jarmillay@shaheengordon.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of September 2024, I have caused the foregoing document to be filed via the Court's CM/ECF System, which shall effect service on all counsel of record.

                                                  /s/ *William E. Christie*
                                                  William E. Christie
                                                  NH Bar # 11255