UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT PATRICK LEWIS, <br> PHILIP A. LUELSDORFF, and <br> 1AP, INC., <br> <br> Plaintiffs <br> <br> v. <br> <br> SETH ABRAMSON, <br> <br> Defendant | Case No. 1:22-cv-00126-PB |

**ASSENTED-TO MOTION FOR COUNSEL
ADMITTED *PRO HAC VICE* TO APPEAR REMOTELY
VIA VIDEOCONFERENCE OR TELECONFERENCE**

NOW COME the Plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorff, and 1AP, Inc., and hereby respectfully move this court to allow lead counsel admitted via *pro hac vice* to appear remotely via videoconference or teleconference and state as follows in support thereof:

1. There is currently a hearing scheduled for January 14, 2025, at 3:30 PM on the Defendant's motion to amend the joint discovery plan.

2. Lead counsel for the Plaintiffs, at the firm Binnall Law Group, are based out of Virginia. Due to the expense and time for travel, the Plaintiffs request that lead counsel be allowed to participate in the hearing remotely via videoconference or teleconference.

3. Counsel for the defendant has been contacted and assents to the relief requested herein.

WHEREFORE, the Plaintiffs respectfully request that this honorable court:

A. Grant this motion and allow lead counsel to appear at the January 14, 2025 hearing via videoconference or teleconference; and

B. Grant such other and further relief as justice may require.

Respectfully submitted,

ROBERT PATRICK LEWIS,
PHILIP A. LUELSDORFF,
and 1AP, INC.,

By Their Attorneys,

Date: January 9, 2025

*/s/ Jacob M. Rhodes*
Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
CLEVELAND, WATERS AND BASS, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
Telephone: (603) 224-7761
Facsimile: (603) 224-6457

- and -

Jason C. Greaves, Esq. (*pro hac vice*)
jason@binnall.com
Shawn M. Flynn, Esq. (*pro hac vice*)
shawn@binnall.com
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930

CERTIFICATE OF SERVICE

I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket.

Date: January 9, 2025

*/s/ Jacob M. Rhodes*
Jacob M. Rhodes, Esq.