USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Robert Patrick Lewis, Philip A. Luelsdorff, 1AP, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-CV-00126-PB |
| Seth Abramson ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Seth Abramson                                                                                                        .

Date:   01/15/2025                                                                    /s/ Tyler M. Mills
                                                                                               *Attorney's signature*

                                                                                    Tyler M. Mills, Bar No. 278910
                                                                                     *Printed name and bar number*

                                                                                          Melick & Porter LLP
                                                                                    One Liberty Square, 7th Floor
                                                                                          Boston, MA  02109
                                                                                                  *Address*

                                                                                        tmills@melicklaw.com
                                                                                             *E-mail address*

                                                                                            (617) 523-6200
                                                                                           *Telephone number*

                                                                                            (617) 523-8130
                                                                                               *FAX number*