UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **ROBERT PATRICK LEWIS,**<br>**PHILIP A. LUELSDORFF, and**<br>**1 AP INC.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**SETH ABRAMSON,**<br><br>    **Defendant.** | Civil Action No.: 1:22-CV-00126-PB |

## NOTICE OF WITHDRAWAL

On behalf of the Defendant, Seth Abramson, kindly withdraw the appearance of Christian H. Hinrichsen in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>SETH ABRAMSON<br><br>By his attorneys,<br><br>*Christian H. Hinrichsen*<br>Christian H. Hinrichsen, #264970<br>Tyler M. Mills, *Pro Hac Vice*<br>Stephanie Bendeck, *Pro Hac Vice*<br>**MELICK & PORTER, LLP.**<br>One Liberty Square, 7th Floor<br>Boston Massachusetts, 02109<br>Tel: (617) 523-6200<br>Fax: (617) 523-8130<br>chinrichsen@melicklaw.com<br>tmills@melicklaw.com<br>sbendeck@melicklaw.com |
| January 31, 2025 |  |

**CERTIFICATE OF SERVICE**

      I hereby certify that the within document is being served electronically through the Court's electronic filing system upon counsel of record and all parties who have entered electric service contracts in this docket.

January 31, 2025

*Christian H. Hinrichsen*
Christian H. Hinrichsen