UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **ROBERT PATRICK LEWIS, PHILIP A. LUELSDORFF, and 1 AP INC.,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**SETH ABRAMSON,**<br><br>　　　　**Defendant.** | Civil Action No.: 1:22-CV-00126-PB |

## NOTICE OF WITHDRAWAL

On behalf of the Defendant, Seth Abramson, kindly withdraw the appearance of Stephenie Bendeck in the above-captioned matter.

January 31, 2025

Respectfully submitted,

SETH ABRAMSON

By his attorneys,

*Stephanie Bendeck*
Christian H. Hinrichsen, #264970
Tyler M. Mills, *Pro Hac Vice*
Stephanie Bendeck, *Pro Hac Vice*
**MELICK & PORTER, LLP.**
One Liberty Square, 7th Floor
Boston Massachusetts, 02109
Tel: (617) 523-6200
Fax: (617) 523-8130
chinrichsen@melicklaw.com
tmills@melicklaw.com
sbendeck@melicklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the within document is being served electronically through the Court's electronic filing system upon counsel of record and all parties who have entered electric service contracts in this docket.

January 31, 2025

*Stephanie Bendeck*
Stephenie Bendeck