UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **ROBERT PATRICK LEWIS, PHILIP A. LUELSDORFF, and 1 AP INC.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**SETH ABRAMSON,**<br><br>    **Defendant.** | Civil Action No.: 1:22-CV-00126-PB |

## NOTICE OF WITHDRAWAL

On behalf of the Defendant, Seth Abramson, kindly withdraw the appearance of Tyler M. Mills in the above-captioned matter.

                        Respectfully submitted,

                        SETH ABRAMSON

                        By his attorneys,

January 31, 2025

                        *Tyler M. Mills*
                        Christian H. Hinrichsen, #264970
                        Tyler M. Mills, *Pro Hac Vice*
                        Stephanie Bendeck, *Pro Hac Vice*
                        **MELICK & PORTER, LLP.**
                        One Liberty Square, 7th Floor
                        Boston Massachusetts, 02109
                        Tel: (617) 523-6200
                        Fax: (617) 523-8130
                        chinrichsen@melicklaw.com
                        tmills@melicklaw.com
                        sbendeck@melicklaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the within document is being served electronically through the Court's electronic filing system upon counsel of record and all parties who have entered electric service contracts in this docket.

January 31, 2025                                                                    *Tyler M. Mills*
                                                                                          Tyler M. Mills