UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT PATRICK LEWIS,<br>PHILIP A. LUELSDORFF, and<br>1AP, INC.,<br><br>           Plaintiffs<br><br>   v.<br><br>SETH ABRAMSON,<br><br>           Defendant | Case No. 1:22-cv-00126-PB |

**ASSENTED-TO MOTION TO HOLD CONFERENCE
VIA VIDEOCONFERENCE OR TELECONFERENCE**

      NOW COME the Plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorff, and 1AP, Inc., and hereby respectfully move this court to hold any conference scheduled pursuant to Defendant's motion for hearing conference request, filed on April 1, 2025, via videoconference or teleconference and state as follows in support thereof:

      1.     The Binnall Law Group and attorneys Jason C. Greaves and Shawn M. Flynn have filed a motion to withdraw from this case. The Defendant has requested that the court hold a conference on April 4, 2025. As of the date and time of filing this motion, no conference has been scheduled.

      2.     Counsel from the Binnall Law Group, are based out of Virginia. Due to the expense and time for travel, and the likely short notice of any conference, the Plaintiffs request that any conference that is scheduled be held remotely via videoconference or teleconference.

3.      Counsel for the Defendant has been contacted and assents to the relief requested herein.

WHEREFORE, the Plaintiffs respectfully request that this honorable court:

A.      Grant this motion and allow hold any conference scheduled via videoconference or teleconference; and

B.      Grant such other and further relief as justice may require.

                                                Respectfully submitted,

ROBERT PATRICK LEWIS,
PHILIP A. LUELSDORFF,
and 1AP, INC.,

By Their Attorneys,

Date:   April 2, 2025        */s/ Jacob M. Rhodes*
Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
CLEVELAND, WATERS AND BASS, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
Telephone: (603) 224-7761
Facsimile: (603) 224-6457

- and -

Jason C. Greaves, Esq. (*pro hac vice*)
jason@binnall.com
Shawn M. Flynn, Esq. (*pro hac vice*)
shawn@binnall.com
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930

CERTIFICATE OF SERVICE

      I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket.

Date:   April 2, 2025             */s/ Jacob M. Rhodes*
                                                Jacob M. Rhodes, Esq.