# Clara E. Lyons

| | |
|---|---|
| **From:** | Kristin E. Small <ksmall@melicklaw.com> |
| **Sent:** | Thursday, August 10, 2023 3:55 PM |
| **To:** | gouldb@cwbpa.com; wchristie@shaheengordon.com; tmclaughlin@shaheengordon.com; stevenbiss@earthlink.net |
| **Cc:** | Stephanie Bendeck |
| **Subject:** | Discovery in Regards to Lewis Matter - Case No. 1:22-cv-00126-PB |
| **Attachments:** | Interrogatories to Plaintiff 1AP (1).doc; Interrogatories to Plaintiff 1AP (1).pdf; Interrogatories to Plaintiff Lewis.doc; Interrogatories to Plaintiff Lewis.pdf; Interrogatories to Plaintiff Luelsdorff.doc; Interrogatories to Plaintiff Luelsdorff.pdf; RPD to Plaintiff 1AP.doc; RPD to Plaintiff 1AP.pdf; RPD to Plaintiff Lewis.doc; RPD to Plaintiff Lewis.pdf; RPD to Plaintiff Luelsdorff.doc; RPD to Plaintiff Luelsdorff.pdf |

Good afternoon Counsel,

On behalf of Attorney Stephanie Bendeck, please find attached defendant's discovery requests to the plaintiffs in regards to the Lewis matter. Please note that these are being served in both pdf and Word versions for formatting purposes.

Thank you for your attention to this matter.

Kind regards,

Kristin Small

**MELICK & PORTER, LLP**
One Liberty Square
Boston, MA 02109
617-502-9645 Direct Dial
617-523-8130 Fax
ksmall@melicklaw.com
www.melicklaw.com
MA | CT | RI | NH | ME | VT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE:

The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. Any unauthorized disclosure, forwarding, copying, redistribution or taking of any action in reliance of the contents of this email and any attachments therein, is strictly prohibited. Reliance on the information by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege.

If you have received this transmission in error, please immediately notify us by telephone at 617-523-6200, referencing the sender, and delete all copies of this transmission.