UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Patrick Lewis, et al
Plaintiff(s)/United States

v.                              Case No. 1:22-CV-00126-PB

Seth Abramson
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Defendant Seth Abramson has conventionally filed the following attachment or exhibit: Ex. E to Memorandum in Support of Motion to Compel Plaintiff Robert Patrick Lewis to Supplement his Discovery Resposnes.

This attachment or exhibit has not been filed electronically because:

Exhibit was rejected as being too large to file electronically

Date: 4/23/2025

/s/ Geoffrey M. Gallagher
Geoffrey M. Gallagher
NH Bar # 20771
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
603-634-4300
ggallagher@gssp-lawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Steven S. Biss, Esq.
Law Office of Steven S. Biss
300 West Main Street, Ste 102
Charlottesville, VA 22903
By Email: stevenbiss@earthlink.net

Date: 4/23/2025

/s/ Geoffrey M. Gallagher
Geoffrey M. Gallagher
NH Bar # 20771
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
603-634-4300
ggallagher@gssp-lawyers.com