| | |
|---|---|
| **From:** | Shawnay |
| **To:** | nsackman@bernsteinshur.com; rgagliuso@bernsteinshur.com; Clara E. Lyons; Elizabeth Hurley; Geoffrey Gallagher |
| **Cc:** | Jason Greaves; Shawn Flynn; jared@binnall.com; gouldb@cwbpa.com; rhodesj@cwbpa.com |
| **Subject:** | Lewis et al v. Abramson, Case #: 1:22-cv-00126-PB - Plaintiffs" Production |
| **Date:** | Friday, March 14, 2025 1:34:18 PM |
| **Attachments:** | image002.gif  image004.png  image005.png  image006.png  image007.png |

Counsel,

Below is a link to a Dropbox folder with Plaintiffs' latest production for the above-referenced matter. For any questions, please contact Jason Greaves or Shawn Flynn.

https://www.dropbox.com/scl/fo/2e1x9k5ufnfgwb8oejauv/AClY3_dst6HKIePidxnHPzI?rlkey=eh3i34lb5roeevwbixms87zwu&st=2yh9mhwt&dl=0


Thank you,
Shawnay


**Shawnay Faircloth**
**Sr. Paralegal** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(571) 771-0018 (direct)
(703) 888-1943 (office)
shawnay@binnall.com



This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail. Thank you.