UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Patrick Lewis, et al
Plaintiff(s)/United States

v.   Case No. 1:22-CV-00126-PB

Seth Abramson
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Defendant Seth Abramson has conventionally filed the following attachment or exhibit: Ex. W to Memorandum in support of Motion to Compel Plaintiff Robert Patrick Lewis to Supplement his Discovery Responses.

This attachment or exhibit has not been filed electronically because:

Exhibit was marked "Confidential" when produced by Plaintiffs. See Protective Order entered at Docket Entry # 37.

The Defendant currently has no ability to confer with Plaintiffs as to whether this document is properly deemed confidential as Plaintiffs' counsel has withdrawn and no new counsel or pro se party has yet appeared.

Date: 4/23/25

/s/ Geoffrey M. Gallagher
Geoffrey M. Gallagher
NH Bar #20771
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
603-634-4300
ggallagher@gssp-lawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Steven S. Biss, Esq.
Law Office of Steven S. Biss
300 West Main Street, Ste 102
Charlottesville, VA 22903
By Email: stevenbiss@earthlink.net

Date: 4/23/25

/s/ Geoffrey M. Gallagher
Geoffrey M. Gallagher
NH Bar #20771
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
603-634-4300
ggallagher@gssp-lawyers.com