UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT PATRICK LEWIS, PHILIP A. LUELSDORFF and 1AP, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SETH ABRAMSON, | ) ) |
| Defendant. | ) ) ) |

Case No.: 1:22-CV-00126-PB

**NOTICE OF SUPPLEMENT TO CERTIFICATE OF SERVICE**

NOW COMES the Defendant, Seth Abramson, by and through his attorneys, Getman, Schulthess, Steere & Poulin, P.A., and respectfully supplements his certificates of services and provides the following notice to the Court:

On April 24, 2025, undersigned Counsel sent copies of Defendant Seth Abramson's Motion to Seal His Motion To Compel 1AP, Inc., Defendant's Motion to Compel Plaintiff 1AP, Inc. To Supplement Its Discovery Responses, Defendant Seth Abramson's Motion to Seal His Motion To Compel Robert Patrick Lewis, Defendant's Motion to Compel Plaintiff Robert Patrick Lewis To Supplement His Discovery Responses, Defendant's Motion to Seal His Motion to Compel Philip A. Luelsdorff, Defendant's Motion to Compel Plaintiff Philip A. Luelsdorff to:

Robert Patrick Lewis
1313 Casa Vale Drive
Dallas, TX 75218

Philip A. Luelsdorff
101 Cove View Trail

1

Severna Park, MD 21146

1AP, Inc.
c/o Registered Agent
United States Corporation Agents, Inc.
131 Continental Drive, Suite 305
Neward, DE 19713

On April 25, 2025 undersigned sent copies of Defendant's Memorandum in Support of Motion to Compel Plaintiff 1AP, Inc. to Supplement Its Discovery Responses, Defendant's Memorandum in Support of Motion to Compel Plaintiff Robert Patrick Lewis to Supplement His Discovery Responses, and Defendant's Memorandum in Support of Motion to Compel Plaintiff Philip A. Luelsdorff to Supplement His Discovery Responses, by certified mail, to the same addresses. These documents were inadvertently omitted from the April 24, 2025 mailing.

Respectfully submitted,

Defendant,

SETH ABRAMSON

By His Attorneys,

Getman, Schulthess, Steere & Poulin, P.A.

April 25, 2025          /s/ Geoffrey M. Gallagher
                        Geoffrey M. Gallagher, Esq.
                        NH Bar # 20771
                        1838 Elm Street
                        Manchester, N.H. 03104
                        (603) 634-4300
                        ggallagher@gssp-lawyers.com

## **CERTIFICATE OF SERVICE**

The foregoing was served on the parties identified below using the Court's CM/ECF system on April 25, 2025:

Steven S. Biss, Esq.
Law Office of Steven S. Biss
300 West Main Street, Ste 102
Charlottesville, VA 22903

    The foregoing was served on the parties, by certified mail, on April 25, 2025:

Robert Patrick Lewis
1313 Casa Vale Drive
Dallas, TX 75218

Philip A. Luelsdorff
101 Cove View Trail
Severna Park, MD 21146

1AP, Inc.
c/o Registered Agent
United States Corporation Agents, Inc.
131 Continental Drive, Suite 305
Neward, DE 19713


April 25, 2025                          /s/ Geoffrey M. Gallagher
                                                Geoffrey M. Gallagher, Esq.