UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ROBERT PATRICK LEWIS, PHILIP A. LUELSDORFF, and 1AP, INC., <br><br> Plaintiffs <br><br> v. <br><br> SETH ABRAMSON, <br><br> Defendant | Case No. 1:22-cv-00126-PB |

**ASSENTED-TO MOTION TO EXCUSE
LOCAL COUNSEL'S PRESENCE AT DEPOSITION**

The plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorff, and 1AP, Inc., hereby move this court to excuse local counsel's presence at upcoming depositions.

1. Depositions of third parties are commencing this week, November 3, 2025 and continuing through the first week of December primarily via remote means.

2. Local counsel for the Plaintiffs, Jacob M. Rhodes, requests to be excused from being present at the depositions. Lead counsel, Shane Vogt, for the Plaintiffs will be in attendance. Lead counsel has extensive experience in defamation litigation and is capable to take the depositions without local counsel's presence. Attorney Rhodes's presence during the depositions is unnecessary and would result in significantly greater costs to the Plaintiffs. Attorney Rhodes is available to be reached remotely should any issues arise.

3. Counsel for the Defendant has assented to this request.

WHEREFORE, the Plaintiffs respectfully request this honorable court:

A.  Grant this motion and excuse Attorney Rhodes's presence at the depositions; and

B.  Grant such other and further relief as justice may require.

Respectfully submitted,

ROBERT PATRICK LEWIS,
PHILIP A. LUELSDORFF, and
1AP, INC.,

By Their Attorneys,

Date: November 4, 2025

*/s/ Jacob M. Rhodes*
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
CLEVELAND, WATERS AND BASS, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
Telephone: (603) 224-7761
Facsimile: (603) 224-6457

## CERTIFICATE OF SERVICE

I hereby certify that the within pleading is being served electronically upon all persons having filed electronic appearances in this case through the court's ECF system.

Date: November 4, 2025

*/s/ Jacob M. Rhodes*
Jacob M. Rhodes, Esq.

4935-7931-9922, v. 1

2