UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT PATRICK LEWIS, ) <br> PHILIP A. LUELSDORFF and ) <br> 1AP, INC., ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> SETH ABRAMSON, ) <br>  ) <br> Defendant. ) <br>  ) | Case No.: 1:22-CV-00126-PB |

**PLAINFIFFS' ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

NOW COME the Plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorf, and 1AP, Inc., by and through their undersigned attorneys, and in accordance with Local Rules 7.1 and 7.2(a), respectfully move for an extension of time until **February 24, 2026**, to file their objection and memorandum of law in opposition to Defendant, Seth Abramson's, Motion for Summary Judgment [ECF 108]. In support thereof, Plaintiffs state as follows:

1. On January 15, 2026, Defendant Abramson filed his motion for summary judgment and supporting memorandum of law and evidence [ECF 108].

2. Pursuant to Local Rule 7.1(b), Plaintiffs' objection and opposition papers and filings are due February 17, 2026.

3. Plaintiffs' lead counsel, Mr. Vogt, is a solo practitioner and solely responsible for preparing Plaintiffs' summary judgment opposition filings. However, Mr. Vogt has been out of the office and unable to work since February 5, 2026, due to a severe illness, and therefore unable to

1

complete Plaintiffs' summary judgment opposition filings. Mr. Vogt anticipates being able to return to work at full speed on February 17, 2026.

    4.    Accordingly, Mr. Vogt is respectfully requesting a one-week extension of time, until **February 24, 2026**, to file Plaintiffs' Objection to Defendant's Motion for Summary Judgment [ECF 108] and supporting memorandum of law.

    5.    Pursuant to Local Rule 7.2(a), Plaintiffs' counsel states that the extension requested herein will not result in the continuance of any hearing, conference, or trial.

    6.    Pursuant to Local Rule 7.1(c), Plaintiffs' counsel certifies that counsel for Mr. Abramson, Poulin Hurley Makris & Lyons P.A., has assented to the extension of time requested in this Motion.

    7.    Pursuant to Local Rule 7/1(a)(2), Counsel states that a memorandum of law is not necessary in support of this Motion because it is assented to and based on the nature of the relief requested.

WHEREFORE, Plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorf, and 1AP, Inc., respectfully request that the Court:

    A.    Grant this Motion for Extension of Time;

    B.    Grant Plaintiffs until **February 24, 2026**, to file their Objection and supporting papers in opposition to Defendant's Motion for Summary Judgment [ECF 108]; and

    C.    Grant such other relief as justice may require.

Respectfully submitted, this 17th day of February 2026,

/s/ Shane B. Vogt
Shane B. Vogt, Esq.
Florida Bar No. 257620
E-mail: shane@svogtlaw.com
VOGT LAW
625 E. Twiggs St., Suite 1090
Tampa, Florida 33602
Tel: (813) 737-0717
*(Admitted Pro Hac Vice)*

Lead Counsel for Plaintiffs

-and-

/s/ Jacob M. Rhodes
Jacob M. Rhodes, Esq. (NH Bar#274590)
rhodesj@cwbpa.com
Cleveland, Waters and Bass, P.A.
2 Capital Plaza, Fifth Floor
Concord, NH 03301
(603) 224-7761

Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, a copy of the foregoing was served electronically upon all persons having filed electronic appearances in this case through the court's ECF system.

Date: February 17, 2026

/s/ Jacob M. Rhodes
Jacob M. Rhodes, Esq. (NH Bar#274590)

3