UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT PATRICK LEWIS, PHILIP A. LUELSDORFF and 1AP, INC., Plaintiffs, v. SETH ABRAMSON, Defendant. | Case No.: 1:22-CV-00126-PB |

## ASSENTED TO MOTION TO LIFT SEAL

NOW COMES the Defendant, Seth Abramson, by and through his attorneys, Poulin Hurley Makris & Lyons P.A., and respectfully submit this Assented-to Motion to Lift the Seal on Defendant's Motion for Summary Judgment, Memorandum of Law, and accompanying exhibits, stating in support thereof as follows:

1. On January 21, 2026, the Defendant filed an assent-to Motion to Seal the Defendant's Motion for Summary Judgment, Memorandum of Law, and accompanying exhibits, which the Court granted. ECF 110.

2. After discussion and review, the parties have agreed to lift the seal with respect to the Defendant's Motion for Summary Judgment, Memorandum of Law, and accompanying exhibits. ECF 108 & 109.

3. The Plaintiffs assent to this motion.

WHEREFORE, the Defendant, Seth Abramson, respectfully requests that this Honorable Court:

A. Lift the Seal on the Defendant's Motion for Summary Judgment, Memorandum of Law, and accompanying exhibits, ECF 108 & 109; and

B. Grant all such further relief as the Court deems just and equitable.

Respectfully submitted,

SETH ABRAMSON

By His Attorneys,

Poulin Hurley Markis & Lyons P.A.

April 22, 2026          By: /s/ Geoffrey M. Gallagher
                        Elizabeth L. Hurley, Esq.
                        NH Bar #16851
                        Clara E. Lyons, Esq.
                        N.H. Bar #20054
                        Geoffrey M. Gallagher, Esq.
                        NH Bar #20771
                        1838 Elm Street
                        Manchester, NH 03104
                        (603) 634-4300
                        ehurley@phml.law
                        clyons@phml.law
                        ggallagher@phml.law

**CERTIFICATE OF SERVICE**

The foregoing will be served all counsel of record via email at the contact information below:

*Counsel for the Plaintiffs*

Shane Vogt
625 E Twiggs St, Ste 1090

Tampa, FL 33602
shane@svogtlaw.com

Jacob Rhodes, Esq.
Cleveland, Water & Bass, P.A.
Two Capital Plaza, PO Box 1137
Concord, NH 03302-1137
rhodesj@cwbpa.com

April 22, 2026                      By:  /s/ Geoffrey M. Gallagher
                                        Geoffrey M. Gallagher, Esq.