UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ROBERT PATRICK LEWIS,           )
PHILIP A. LUELSDORFF and        )
1AP, INC.,                      )
                                )
        Plaintiffs,             )
                                )         Case No.: 1:22-CV-00126-PB
        v.                      )
                                )
SETH ABRAMSON,                  )
                                )
        Defendant.              )
                                )

**ASSENTED TO MOTION TO LIFT SEAL**

NOW COMES the Defendant, Seth Abramson, by and through his attorneys, Poulin

Hurley Makris & Lyons P.A., and respectfully submit this Assented-to Motion to Lift the Seal on

Defendant's Motion for Summary Judgment, Memorandum of Law, and accompanying exhibits,

stating in support thereof as follows:

1.    On January 21, 2026, the Defendant filed an assent-to Motion to Seal the

      Defendant's Motion for Summary Judgment, Memorandum of Law, and

      accompanying exhibits, which the Court granted. ECF 110.

2.    After discussion and review, the parties have agreed to lift the seal with respect to

      the Defendant's Motion for Summary Judgment, Memorandum of Law, and

      accompanying exhibits. ECF 108 & 109.

3.    The Plaintiffs assent to this motion.

WHEREFORE, the Defendant, Seth Abramson, respectfully requests that this Honorable Court:

A.  Lift the Seal on the Defendant's Motion for Summary Judgment, Memorandum of Law, and accompanying exhibits, ECF 108 & 109; and

B.  Grant all such further relief as the Court deems just and equitable.

Respectfully submitted,

SETH ABRAMSON

By His Attorneys,

Poulin Hurley Markis & Lyons P.A.

April 22, 2026                    By:  /s/ Geoffrey M. Gallagher
                                       Elizabeth L. Hurley, Esq.
                                       NH Bar #16851
                                       Clara E. Lyons, Esq.
                                       N.H. Bar #20054
                                       Geoffrey M. Gallagher, Esq.
                                       NH Bar #20771
                                       1838 Elm Street
                                       Manchester, NH 03104
                                       (603) 634-4300
                                       ehurley@phml.law
                                       clyons@phml.law
                                       ggallagher@phml.law

**<u>CERTIFICATE OF SERVICE</u>**

The foregoing will be served all counsel of record via email at the contact information below:

*Counsel for the Plaintiffs*

Shane Vogt
625 E Twiggs St, Ste 1090

Tampa, FL 33602
shane@svogtlaw.com

Jacob Rhodes, Esq.
Cleveland, Water & Bass, P.A.
Two Capital Plaza, PO Box 1137
Concord, NH 03302-1137
rhodesj@cwbpa.com

April 22, 2026                    By:  /s/ Geoffrey M. Gallagher
                                       Geoffrey M. Gallagher, Esq.