UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT PATRICK LEWIS,<br>PHILIP A. LUELSDORFF and<br>1AP, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SETH ABRAMSON,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:22-CV-00126-PB

### JOINT MOTION TO CONTINUE SUMMARY JUDGMENT HEARING

NOW COME the Plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorff, and 1AP, Inc., and Defendant, Seth Abramson, by and through their respective undersigned attorneys, and in accordance with Local Rule 7.2, respectfully move to continue the summary judgment hearing scheduled by the Court for July 6, 2026, at 10:00 a.m. until July 21, 2026, at 3:00 p.m., and in support thereof, state as follows::

1.　　　　On June 18, 2026, the Court issued a Notice scheduling Defendant's Motion for Summary Judgment [ECF No. 108] for hearing on **July 6, 2026, at 10:00 AM**.

2.　　　　Due to professional and personal commitments (more fully explained below), counsel for the parties respectfully request that the summary judgment hearing be re-scheduled to be held at the Pre-Trial Conference already set for July 21, 2026, at 3:00 p.m. (*see* Jan. 20, 2026 Endorsed Order).

3.　　　　Plaintiffs' undersigned lead counsel is a solo practitioner based in Tampa, Florida. He would have to travel to New Hampshire on Sunday, July 5, 2026, to attend a hearing at 10:00

1

a.m. on the morning of July 6, 2026, but has a family vacation scheduled for the July 4th holiday weekend, including being absent from the office July 3-6, 2026. He is also scheduled to conduct depositions and hearings and has an appellate brief filing deadline in other cases during June 23-July 1, 2026, including several depositions of witnesses located outside the U.S. that were very difficult to coordinate and must be completed by a June 30, 2026, discovery deadline. These previously scheduled depositions, hearings, and deadlines immediately prior to Plaintiff's counsel's July 3-6, 2026, vacation make it virtually impossible for Plaintiff's counsel to adequately prepare for and travel to a summary judgment hearing on July 6, 2026.

4.     In addition to the foregoing, continuing the summary judgment hearing until the July 21, 2026, Pre-Trial Conference will serve the interests of judicial economy and advance the inexpensive administration of this action. *See* Rule 1, *Fed. R. Civ. P.* Among other things, rescheduling the July 6, 2026, summary judgment hearing for July 21, 2026, will reduce the number of trips and therefore travel expenses Plaintiffs' counsel will incur attending in-person proceedings in this case.

5.     This Joint Motion is being filed in good faith and for good cause, not for purposes of delay.

6.     The relief requested herein will not prejudice any party.

WHEREFORE, Plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorff, and 1AP, Inc., and Defendant, Seth Abramson, respectfully move to continue the summary judgment hearing scheduled by the Court for July 6, 2026, at 10:00 a.m. until July 21, 2026, at 3:00 p.m., and such other and further relief as the Court deems just and appropriate.

Dated:  June 23, 2026

/s/ Shane B. Vogt
Shane B. Vogt, Esq. (FL Bar # 257620)
shane@svogtlaw.com
Vogt Law
625 E. Twiggs Street, Suite 1090
Tampa, FL 33602
(813) 737-0717
(Admitted *Pro Hac Vice*)

Lead Counsel for Plaintiffs

-and-

/s/ Jacob M. Rhodes
Jacob M. Rhodes, Esq. (NH Bar # 274590)
rhodesj@cwbpa.com
Cleveland, Waters and Bass, P.A.
2 Capital Plaza, Fifth Floor
Concord, NH 03301
(603) 224-7761

Local Counsel for Plaintiffs

Dated:  June 23, 2026

/s/ Elizabeth L. Hurley
Elizabeth L Hurley, Esq. (NH Bar # 16851)
ehurley@phml.law
Poulin Hurley Makris & Lyons P.A.
1838 Elm Street
Manchester, NH 03104
(603) 634-4300

Counsel for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, a copy of the foregoing was served electronically upon all persons having filed electronic appearances in this case through the court's ECF system.

Date:    June 23, 2026

/s/ Jacob M. Rhodes
Jacob M. Rhodes, Esq.

4924-4912-9655, v. 1

3