## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Robert Patrick Lewis, Phillip A, Luelsdorff, 1AP, Inc. <br><br> Plaintiff, <br><br> v. <br><br> Seth Abramson <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 1:22-cv-00126-PB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF WITHDRAWAL

I respectfully withdraw my appearance as counsel on behalf of Defendant Seth Abramson, as I am leaving the Bernstein Shur law firm and joining Hinckley Allen on June 26, 2026.  Richard Gagliuso will continue as counsel for Seth Abramson and therefore there is no prejudice to any party from my withdrawal as counsel in this matter.

Respectfully submitted,

Seth Abramson

By its attorneys,
Bernstein Shur, Sawyer & Nelson, P.A.

Dated: June 25, 2026

*/s/ Edward J.Sackman*
Edward J. Sackman, Esq., MA Bar #704383
nsackman@bernsteinshur.com
603-623-8700
670 N. Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2026 the foregoing was filed on ECF, which will send electronic notice to all counsel and parties of record.

*/s/ Edward J. Sackman*
Edward J. Sackman, Esq.