**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| ROBERT PATRICK LEWIS, <br> PHILIP A. LUELSDORFF, and <br> 1AP, INC., <br>          Plaintiffs <br><br>     v. <br><br> SETH ABRAMSON, <br>          Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )       Case No. 1:22-cv-00126-PB |

## ORDER MODIFYING PROTECTIVE ORDER

This cause came before me upon the Assented to Motion to Modify Protective Order [ECF 121] filed by Plaintiffs, Robert Patrick Lewis, Philip A. Luelsdorff, and 1AP, Inc., upon which it is ORDERED that the Protective Order [ECF No. 37] is modified to allow 1AP and its counsel of record to produce materials designated "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" pursuant to the Protective Order in this action, including documents exchanged in discovery and deposition transcripts, to counsel of record for the Defendants, Denver Lee Riggleman, III, Henry Holt & Co., Inc., and MacMillan Pub. Group, LLC, in a lawsuit pending in Nelson Circuit Court in Virginia (CL22000490-00, Nelson Cty. Cir. Ct.) (the "Virginia Action"), solely for use in the Virginia Action, upon the entry of a protective order in the Virginia Action that shall be at least as protective as the Protective Order in this action and shall govern all disclosure and use of any materials produced by 1AP in the Virginia Action that are designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" in this action.

So Ordered,

Dated: _____ June 26 _, 2026          /s/Paul Barbadoro _____
                                              Paul Barbadoro
                                              U.S. District Court Judge